UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

VERLINA BREWER,

    Plaintiff,

v.                                          Case No. 17-11364

DETROIT PUBLIC SCHOOLS COMMUNITY
DISTRICT,

    Defendant.
_____/

## JUDGMENT

    Pursuant to the court's Opinion and Order dated September 29, 2020,

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Detroit Public Schools Community District and against Plaintiff Verlina Brewer. Dated at Port Huron, Michigan this 29th day of September, 2020.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          BY: s/Lisa Wagner

Dated: September 29, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2020, by electronic and/or ordinary mail.

                                          s/Lisa Wagner_____/
                                          Case Manager and Deputy Clerk
                                          (810) 292-6522